IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SPIRAX SARCO, INC.; and<br>SPIRAX-SARCO ENGINEERING, PLC,<br><br>Plaintiffs,<br><br>v.<br><br>SSI ENGINEERING, INC.;<br>SSI SERVICES, INC.;<br>BRYAN JOHNSON;<br>BENJAMIN DONALD LEWIS; and<br>MICHELLE H. LEWIS,<br><br>Defendants. | Civil Action No. 5:14-CV-0519-F<br><br>**ORDER** |

This matter coming on for consideration by the Court upon the motion of Plaintiffs for clarification of this Court's Order of October 23, 2014 and it appearing to the Court that the terms of its Order would benefit from additional clarification;

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiffs' motion is granted, and that the last sentence of the first paragraph of the Conclusion section of the Order ordering Plaintiffs to post security is hereby stricken.

This 27th day of October, 2014.

                                            *James C. Fox*
                                            James C. Fox
                                            Senior United States District Judge

1